# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

KIRK ONEAL WIGGINS,  :

    Plaintiff,  :

vs.  :  CA 12-0746-C

CAROLYN W. COLVIN,  :
Acting Commissioner of Social Security,

    :

    Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 14th day of August, 2013.

    s/WILLIAM E. CASSADY
    **UNITED STATES MAGISTRATE JUDGE**